■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PEPITONE, Appellant.

Ordered that the sentence is affirmed, and the case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Bracken, Rubin and Spatt, JJ., concur.